IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-000918-RPM

COLORADO CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.

MICK WOODWARD and
AMBER WOODWARD,

    Defendants.
_____

## ORDER FOR DISMISSAL
_____

    Pursuant to Plaintiff's Response to Order to Show Cause [3] filed February 14, 2011, it is

    ORDERED that this action is dismissed.

    DATED:   February 15th, 2011

                              BY THE COURT :

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge